CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 17 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
SEPTEMBER 2009 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:09CR55 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| JONATHAN CRAIG SEAGLE | ) | **In Violation of:** |

Title 18, U.S.C., §3261
Title 18, U.S.C., §1715
Title 18, U.S.C., §922(a)(4)
Title 18, U.S.C., §922(a)(3)
Title 18, U.S.C., §2

## COUNT ONE

The Grand Jury charges:

1. That on or about October 29, 2004, while accompanying the Armed Forces outside the United States, the defendant, JONATHAN CRAIG SEAGLE did knowingly and unlawfully deposit for mailing and delivery into the Western Judicial District of Virginia a firearm capable of being concealed on the person, in violation of Title 18, United States Code, Section 1715.

2. That on or about October 29, 2004, while accompanying the Armed Forces outside the United States, the defendant, JONATHAN CRAIG SEAGLE did knowingly and unlawfully attempt to transport in foreign commerce into the Western Judicial District of Virginia a machinegun, in violation of Title 18, United States Code, Sections 922(a)(4) and 2.

3. That on or about October 29, 2004, while accompanying the Armed Forces outside the United States, the defendant, JONATHAN CRAIG SEAGLE did knowingly and unlawfully attempt to transport into, and receive in, the Western Judicial District of Virginia, his state of

residence, a firearm that was obtained by the said JONATHAN CRAIG SEAGLE outside Virginia., in violation of Title18 United States Code §§922(a)(3) and 2.

4. All in violation of Title18 United States Code §3261.

A TRUE BILL this __17__ day of September, 2009.

                                                                       FOREPERSON

JULIA C. DUDLEY
UNITED STATES ATTORNEY